UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at Pikeville)

| | |
|---|---|
| BERNICE WOLFORD,<br>on behalf of Henry Wolford.,<br><br>    Plaintiff,<br><br>V.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | )<br>)<br>)<br>)    Civil Action No. 7: 08-176-DCR<br>)<br>)<br>)<br>)<br>)    **JUDGMENT**<br>)<br>)<br>) |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with Rule 58 of the Federal Rules of Civil Procedure, and pursuant to 42 U.S.C. § 405(g), it is hereby

**ORDERED** and **ADJUDGED** as follows:

(1) Plaintiff Bernice Wolford's motion for summary judgment [Record No. 10], filed on behalf of Henry Wolford, is **DENIED**.

(2) Defendant Commissioner's motion for summary judgment [Record No. 13] is **GRANTED**.

(3) The administrative decision by the Commissioner of Social Security is **AFFIRMED**.

(4) This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This 5th day of February, 2009.



Signed By:
*Danny C. Reeves* DCR
United States District Judge